# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| In the Matter of | : | No. 107 DB 2023 (No. 56 RST 2023) |
| | : | |
| DAVID N. SALKIN | : | Attorney Registration No. 51577 |
| | : | |
| PETITION FOR REINSTATEMENT | : | |
| FROM INACTIVE STATUS | : | (Philadelphia) |

## O R D E R

**PER CURIAM**

   **AND NOW**, this 7th day of September, 2023, the Report and Recommendation of Disciplinary Board Member dated August 30, 2023, is approved and it is ORDERED that DAVID N. SALKIN, who has been on Inactive Status, has demonstrated that he has the moral qualifications, competency, and learning in law required for admission to practice in the Commonwealth, shall be and is, hereby reinstated to active status as a member of the Bar of this Commonwealth.  The expenses incurred by the Board in the investigation and processing of this matter shall be paid by the Petitioner.